BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
United States Courthouse
501 I Street, Suite 10-100
Sacramento, California 93721
Telephone: (916) 554-2760
Facsimile: (916) 554-2900

Attorneys for Petitioner United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:12-cv-02094-AWI-SMS |
| ) | |
| Petitioner, ) | **PETITIONER'S NOTICE OF** |
| ) | **COMPLIANCE, REQUEST TO VACATE** |
| v. ) | **HEARING; ORDER CLOSING FILE** |
| ) | |
| DANIEL CARRANZA and ARICA LYNN ) | **Taxpayers:** |
| CARRANZA, ) | **DANIEL CARRANZA and ARICA LYNN** |
| ) | **CARRANZA** |
| Respondents. ) | |
| ) | |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that Respondents Daniel Carranza and Arica Lynn Carranza have complied with the summonses at issue in the above-captioned Internal Revenue Service summons enforcement proceeding. Therefore, Petitioner United States of America requests that the March 13, 2013 hearing on the order to show cause be vacated, and that the case be closed.

Dated: February 13, 2013                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                      By:   /s/ *YHimel*
                                            YOSHINORI H. T. HIMEL
                                            Assistant U. S. Attorney

**PETITIONER'S NOTICE OF COMPLIANCE, REQUEST TO**                    1
**VACATE HEARING; ORDER CLOSING FILE**

**<u>ORDER</u>**

Upon Petitioner's notice of compliance and request to vacate hearing, the Clerk shall vacate the hearing and close this file.

IT IS SO ORDERED.

Dated:   February 14, 2013

_____
SENIOR DISTRICT JUDGE